| | |
|---|---|
| 1 | PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303) |
|   | samouris@higgslaw.com |
| 2 | MICHAEL J. HOISINGTON, ESQ. (Bar No. 201679) |
|   | mhoisington@higgslaw.com |
| 3 | HIGGS FLETCHER & MACK LLP |
|   | 401 West "A" Street, Suite 2600 |
| 4 | San Diego, CA 92101-7913 |
|   | TEL: 619.236.1551 |
| 5 | FAX: 619.696.1410 |

Attorneys for Plaintiff
CannaVest Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CannaVest Corporation, a Delaware corporation, | CASE NO. 14-CV-2160-CAB-BLM |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION FILED BY PLAINTIFF** |
| v. | |
| Kannaway, LLC, a Nevada limited liability company; General Hemp, LLC, a Delaware limited liability company, HDDC Holdings, LLC, a Nevada limited liability company and DOES 1-20, | DATE: February 12, 2015<br>TIME: 2:00 p.m.<br>CRTRM: 4C<br>JUDGE: Hon. Cathy Ann Bencivengo |
| Defendants. | CASE FILED: 9/11/14 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on February 12, 2015, at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 4C of the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California, 92101, Plaintiff CANNAVEST CORPORATION ("Plaintiff") will, and hereby does, move the Court for entry of an order enjoining Kannaway, its employees, agents, officers, directors, attorneys, representatives, successors, affiliates, subsidiaries, and assigns, and all those in concert or participation with any of them, from:

1. Imitating, copying, using, reproducing, registering, attempting to register and/or displaying the mark and designation CANNABIS BEAUTY®, or

any mark or designation which colorably imitates or is confusingly similar to this mark and designations, including, without limitation, CANNABIS BEAUTY® alone or in combination with any other term(s), word(s), name(s), logo(s), symbol(s), device(s), designation(s) and/or design(s) in any manner whatsoever;

2.  Using any other false description or representation or any other things calculated or likely to cause confusion, deception, or mistake in the marketplace with regard to Plaintiff's CANNABIS BEAUTY® mark.

3.  Directing Kannaway to file with the Court and serve on counsel for Plaintiff, within thirty (30) days after entry of any injunction issued by the Court in this case, a sworn statement as provided in 15 U.S.C. §1116 setting forth in detail the manner and form which Kannaway has complied with the injunction;

4.  Directing Kannaway to account for any and all revenues and profits derived by Kannaway from the sale of goods bearing the mark CANNABIS BEAUTY®.

This motion is based on the grounds that:

1.  Plaintiff is likely to succeed on the merits of one or more of its claims for (a) common law trademark infringement of the CANNABIS BEAUTY® mark; (b) federal unfair competition with respect to the CANNABIS BEAUTY® mark; (c) statutory unfair competition with respect to the CANNABIS BEAUTY® mark; and

2.  Unless restrained by this Court, Plaintiff will continue to perform the unlawful acts and such acts will result in irreparable injury to Plaintiff.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This motion is supported by the Memorandum of Points and Authorities in support, the declarations of Michael Mona, Jr., Matthew Markley, and Chris Boucher, and the Request For Judicial Notice, all of which are filed and served with this notice and on the complete files and records of this case, and upon such other and further testimony and evidence as the Court may allow or admit in conjunction with the hearing of this matter.

DATED: December 24, 2014         HIGGS FLETCHER & MACK LLP


By: /s/Phillip C. Samouris
   PHILLIP C. SAMOURIS, ESQ.
   MICHAEL J. HOISINGTON, ESQ.
   Attorneys for Plaintiff
   CannaVest Corporation